UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
(856) 751-4224

In RE:

Kim Waddy

Case No.: 20-20432-ABA

Judge:  Altenburg

Chapter 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [X]   Motion for Relief from the Automatic Stay filed by <u>Midfirst Bank</u>, creditor,
A hearing has been scheduled for <u>     January 19, 20201</u>, at <u>  10:00 a.m.     </u>.

   _____   Motion to Dismiss filed by the Chapter 13 Trustee.
A hearing has been scheduled for _____, at _____.

   _____   Certification of Default filed by _____.
I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one)

   _____   Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   _____   Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   <u>X     </u>   Other (explain your answer):  I have been making adequate protection payments.  I am seeking a loan modification through the Loss Mitigation Program.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.


Date:  1/13/2021                                                              /s/ Kim Waddy
                                                                                            Kim Waddy


NOTES:
1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.