Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  20−20432−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kim Waddy
  aka Kim Cherry
  310 Front Street
  Delran, NJ 08075

Social Security No.:
  xxx−xx−4016

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 25, 2021.

Dated: February 25, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Kim Waddy

    Debtor

Case No. 20-20432-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: plncf13 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Waddy, 310 Front Street, Delran, NJ 08075-1132 |
| 518953180 | + | Admirals Bank, 200 Clarendon St Fl 22, Boston, MA 02116-5051 |
| 518953181 | + | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518953182 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 518962849 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518953184 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518953187 | + | Health First Financial, LLC, PO Box 7887, Springfield, OR 97475-0034 |
| 518953188 | + | HealthFirst Financial, LLC, PO Box 7887, Springfield, OR 97475-0034 |
| 518953189 | + | Jefferson University Physician, Central Business Office, PO Box 40089, Philadelphia, PA 19106-0089 |
| 519019595 | + | Larchmont Imaging, Attn Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 518953190 | + | Larchmont Medical Imaging, 1295 Route 38 West, Hainesport, NJ 08036-2702 |
| 518953191 | + | Lourdes Cadiology Services, PC, PO Box 824699, Philadelphia, PA 19182-4699 |
| 518953192 | + | Lourdes Health System, PO Box 822112, Philadelphia, PA 19182-2112 |
| 518953193 | + | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 518953203 | + | NJ Housing and Mortgage Finance Agency, HHF Closing Dept., 637 South Clinton Ave., Trenton, NJ 08611-1811 |
| 518953205 | + | NJHMFA, PO Box 18550, Trenton, NJ 08650-2085 |
| 518961155 | + | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518953202 | + | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518953207 | + | Palmyra Ambulance Assoc., PO Box 213, Palmyra, NJ 08065-0213 |
| 518953208 | + | Patient First, PO Box 758941, Baltimore, MD 21275-8941 |
| 518953209 | + | Rubin & Rothman, LLC, 1787 Veterans Memorial Hwy, Islandia, NY 11749-1500 |
| 518953210 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Ste B, Mount Laurel, NJ 08054-2242 |
| 518953211 | + | State of New Jersey, Office of the Attorney General, RJ Hughes Justice Complex, 25 Market St, Box 080, Trenton, NJ 08611-2148 |
| 518953213 | | United States Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 |
| 518953214 | + | United States Attorney General, 25 Market Street 8th Floor, West Wing, Trenton, NJ 08611-2148 |
| 518953217 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 518965097 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 25 2021 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 25 2021 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 25 2021 21:46:42 | MIDFIRST BANK, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518953183 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 25 2021 20:43:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: plncf13 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| | | | 02062-2679 |
| 518953184 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 25 2021 21:46:57 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519108661 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Feb 25 2021 20:42:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518953185 | Email/Text: jill@ffcc.com | | |
| | | Feb 25 2021 20:42:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 519001923 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | | |
| | | Feb 25 2021 21:47:24 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518953194 | + Email/PDF: pa_dc_claims@navient.com | | |
| | | Feb 25 2021 21:46:49 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953212 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 25 2021 21:48:01 | Syncb/care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518965131 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Feb 25 2021 21:48:03 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518953215 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Feb 25 2021 21:48:03 | US Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518953186 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 518953204 | *+ | NJ Housing and Mortgage Finance Agency, HHF Closing Dept., 637 South Clinton Ave., Trenton, NJ 08611-1811 |
| 518953206 | *+ | NJHMFA, PO Box 18550, Trenton, NJ 08650-2085 |
| 518953195 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953196 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953197 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953198 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953199 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953200 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953201 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953216 | *+ | US Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2021          Signature:          /s/Joseph Speetjens

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Feb 25, 2021 | Form ID: plncf13 | Total Noticed: 38

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Loss Mitigation MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Kim Waddy ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5