Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−20432−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kim Waddy
   aka Kim Cherry
   310 Front Street
   Delran, NJ 08075

Social Security No.:
   xxx−xx−4016

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 25, 2021.

On 11/15/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                December 28, 2022
Time:                 09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 16, 2022
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-20432-ABA |
| Kim Waddy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 16, 2022 | Form ID: 185 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Waddy, 310 Front Street, Delran, NJ 08075-1132 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| 518953180 | #+ | Admirals Bank, 200 Clarendon St Fl 22, Boston, MA 02116-5051 |
| 518953187 | + | Health First Financial, LLC, PO Box 7887, Springfield, OR 97475-0034 |
| 518953188 | + | HealthFirst Financial, LLC, PO Box 7887, Springfield, OR 97475-0034 |
| 518953189 | + | Jefferson University Physician, Central Business Office, PO Box 40089, Philadelphia, PA 19106-0089 |
| 519019595 | + | Larchmont Imaging, Attn Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 518953190 | + | Larchmont Medical Imaging, 1295 Route 38 West, Hainesport, NJ 08036-2702 |
| 518953191 | + | Lourdes Cadiology Services, PC, PO Box 824699, Philadelphia, PA 19182-4699 |
| 518953192 | + | Lourdes Health System, PO Box 822112, Philadelphia, PA 19182-2112 |
| 518953193 | + | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 518953203 | + | NJ Housing and Mortgage Finance Agency, HHF Closing Dept., 637 South Clinton Ave., Trenton, NJ 08611-1811 |
| 518953205 | + | NJHMFA, PO Box 18550, Trenton, NJ 08650-2085 |
| 518961155 | + | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518953207 | + | Palmyra Ambulance Assoc., PO Box 213, Palmyra, NJ 08065-0213 |
| 518953210 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Ste B, Mount Laurel, NJ 08054-2242 |
| 518953211 | + | State of New Jersey, Office of the Attorney General, RJ Hughes Justice Complex, 25 Market St, Box 080, Trenton, NJ 08611-2148 |
| 518953214 | + | United States Attorney General, 25 Market Street 8th Floor, West Wing, Trenton, NJ 08611-2148 |
| 518953217 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 16 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 16 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 16 2022 20:38:49 | MIDFIRST BANK, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518953181 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2022 20:39:02 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518953182 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 16 2022 20:40:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518962849 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 16 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518953183 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 20-20432-ABA  Doc 47  Filed 11/18/22  Entered 11/19/22 00:14:35  Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: 185 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 16 2022 20:41:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 518953184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2022 20:49:14 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519108661 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 16 2022 20:40:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518953185 | | Email/Text: jill@ffcc.com | Nov 16 2022 20:40:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 519001923 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 16 2022 20:38:17 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518953194 | + | Email/PDF: pa_dc_claims@navient.com | Nov 16 2022 20:38:36 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953202 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 16 2022 20:40:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518953208 | | Email/Text: bankruptcies@patientfirst.com | Nov 16 2022 20:40:00 | Patient First, PO Box 758941, Baltimore, MD 21275 |
| 518953209 | + | Email/Text: bankruptcy@rubinrothman.com | Nov 16 2022 20:40:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Hwy, Islandia, NY 11749-1500 |
| 518953212 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2022 20:39:01 | Syncb/care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518965131 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 16 2022 20:38:35 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518953215 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 16 2022 20:38:35 | US Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 518953213 | ^ | MEBN | Nov 16 2022 20:38:04 | United States Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 |
| 518965097 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 16 2022 20:38:50 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518953186 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 518953204 | *+ | NJ Housing and Mortgage Finance Agency, HHF Closing Dept., 637 South Clinton Ave., Trenton, NJ 08611-1811 |
| 518953206 | *+ | NJHMFA, PO Box 18550, Trenton, NJ 08650-2085 |
| 518953195 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953196 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953197 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953198 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953199 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953200 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953201 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953216 | *+ | US Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 20-20432-ABA    Doc 47    Filed 11/18/22    Entered 11/19/22 00:14:35    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: 185 | Total Noticed: 39 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Kim Waddy ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7