Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−20432−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kim Waddy
   aka Kim Cherry
   310 Front Street
   Delran, NJ 08075

Social Security No.:
   xxx−xx−4016

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 5, 2023.


Dated: January 6, 2023
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kim Waddy  
    Debtor

Case No. 20-20432-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 06, 2023      Form ID: plncf13      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim Waddy, 310 Front Street, Delran, NJ 08075-1132 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| 518953180 | #+ | Admirals Bank, 200 Clarendon St Fl 22, Boston, MA 02116-5051 |
| 518953187 | + | Health First Financial, LLC, PO Box 7887, Springfield, OR 97475-0034 |
| 518953188 | + | HealthFirst Financial, LLC, PO Box 7887, Springfield, OR 97475-0034 |
| 518953189 | + | Jefferson University Physician, Central Business Office, PO Box 40089, Philadelphia, PA 19106-0089 |
| 519019595 | + | Larchmont Imaging, Attn Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 518953190 | + | Larchmont Medical Imaging, 1295 Route 38 West, Hainesport, NJ 08036-2702 |
| 518953191 | + | Lourdes Cadiology Services, PC, PO Box 824699, Philadelphia, PA 19182-4699 |
| 518953192 | + | Lourdes Health System, PO Box 822112, Philadelphia, PA 19182-2112 |
| 518953193 | + | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 518953203 | + | NJ Housing and Mortgage Finance Agency, HHF Closing Dept., 637 South Clinton Ave., Trenton, NJ 08611-1811 |
| 518953205 | + | NJHMFA, PO Box 18550, Trenton, NJ 08650-2085 |
| 518961155 | + | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518953207 | + | Palmyra Ambulance Assoc., PO Box 213, Palmyra, NJ 08065-0213 |
| 518953210 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Ste B, Mount Laurel, NJ 08054-2242 |
| 518953211 | + | State of New Jersey, Office of the Attorney General, RJ Hughes Justice Complex, 25 Market St, Box 080, Trenton, NJ 08611-2148 |
| 518953214 | + | United States Attorney General, 25 Market Street 8th Floor, West Wing, Trenton, NJ 08611-2148 |
| 518953217 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 519794982 | + | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 06 2023 20:45:16 | MIDFIRST BANK, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518953181 | + | Email/PDF: bncnotices@becket-lee.com | Jan 06 2023 20:45:03 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518953182 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 06 2023 20:38:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518962849 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 06 2023 20:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

Case 20-20432-ABA   Doc 53   Filed 01/08/23   Entered 01/09/23 00:16:22   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: plncf13 | Total Noticed: 40 |

| Recip ID | | Notice Type | Notice Time | Recipient |
|---|---|---|---|---|
| 518953183 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 06 2023 20:39:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 518953184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2023 20:46:04 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519108661 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2023 20:38:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518953185 | | Email/Text: jill@ffcc.com | Jan 06 2023 20:38:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 519001923 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 06 2023 20:45:58 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518953194 | + | Email/PDF: pa_dc_claims@navient.com | Jan 06 2023 20:46:01 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953202 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 06 2023 20:38:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518953208 | | Email/Text: bankruptcies@patientfirst.com | Jan 06 2023 20:38:00 | Patient First, PO Box 758941, Baltimore, MD 21275 |
| 518953209 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 06 2023 20:38:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Hwy, Islandia, NY 11749-1500 |
| 518953212 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 20:46:00 | Syncb/care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518965131 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 06 2023 20:44:55 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518953215 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 06 2023 20:44:55 | US Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 518953213 | ^ | MEBN | Jan 06 2023 20:37:52 | United States Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 |
| 518965097 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 20:44:54 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518953186 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5662, address filed with court:, First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 518953204 | *+ | NJ Housing and Mortgage Finance Agency, HHF Closing Dept., 637 South Clinton Ave., Trenton, NJ 08611-1811 |
| 518953206 | *+ | NJHMFA, PO Box 18550, Trenton, NJ 08650-2085 |
| 518953195 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953196 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953197 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953198 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953199 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953200 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953201 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518953216 | *+ | US Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 06, 2023 | Form ID: plncf13 | Total Noticed: 40

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Martin Perlman | on behalf of Debtor Kim Waddy ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7