Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-20432 (ABA)

Kim Waddy  
310 Front Street  
Delran, NJ  08075

Monthly Payment: $420.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2022 | $420.00 | 02/04/2022 | $420.00 | 03/03/2022 | $420.00 | 04/04/2022 | $420.00 |
| 05/09/2022 | $420.00 | 06/09/2022 | $420.00 | 07/05/2022 | $420.00 | 08/10/2022 | $420.00 |
| 09/12/2022 | $420.00 | 10/11/2022 | $420.00 | 11/07/2022 | $420.00 | 12/08/2022 | $420.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KIM WADDY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $4,095.00 | $4,095.00 | $0.00 | $4,095.00 |
| 1 | ADMIRALS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $576.53 | $0.00 | $576.53 | $0.00 |
| 4 | CREDIT COLLECTIONS SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPARTMENT STORE NATIONAL BANK/MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | FIRST FEDERAL CREDIT CONTROL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | HEALTH FIRST FINANCIAL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | HEALTHFIRST FINANCIAL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON UNIVERSITY PHYSICIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LARCHMONT MEDICAL IMAGING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LOURDES CADIOLOGY SERVICES, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LOURDES HEALTH SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | NJ HOUSING AND MORTGAGE FINANCE AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | NJHMFA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NAVIENT SOLUTIONS, INC. | 33 | $36,890.74 | $0.00 | $36,890.74 | $0.00 |
| 17 | NISSAN MOTOR ACCEPTANCE CORP/INFINITY LT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PALMYRA AMBULANCE ASSOC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PATIENT FIRST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RUBIN & ROTHMAN, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LARCHMONT IMAGING ASSOC | 33 | $1,137.61 | $0.00 | $1,137.61 | $0.00 |
| 22 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCB/CARE CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 33 | $57,157.19 | $0.00 | $57,157.19 | $0.00 |
| 26 | UNITED STATES ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | UNITED STATES ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | WELLS FARGO BANK, N.A. | 33 | $10,663.86 | $0.00 | $10,663.86 | $0.00 |
| 29 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | NAVIENT SOLUTIONS, INC. | 33 | $11,079.64 | $0.00 | $11,079.64 | $0.00 |
| 32 | MIDFIRST BANK | 24 | $814.68 | $814.68 | $0.00 | $276.76 |
| 33 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $538.00 |
| 34 | DEPARTMENT OF THE TREASURY | 28 | $6,584.00 | $4,461.76 | $2,122.24 | $0.00 |
| 35 | DEPARTMENT OF THE TREASURY | 33 | $451.54 | $0.00 | $451.54 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2020 | 5.00 | $400.00 |
| 03/01/2021 | 31.00 | $420.00 |
| 10/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,040.00 |
| Total paid to creditors this period: | $4,909.76 |
| Undistributed Funds on Hand: | $383.88 |
| Arrearages: | $0.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**